No. 24-1099
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

SIERRA CLUB and APPALACHIAN VOICES,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent*,

and

TENNESSEE GAS PIPELINE COMPANY, L.L.C., et al.,

*Movant-Intervenors*.

_____

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**
_____

Petitioners Sierra Club and Appalachian Voices state that they prefer and consent to utilize a deferred joint appendix under Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

DATED: May 30, 2024                     Respectfully submitted,

                                        /s/ *Spencer Gall*
                                        Spencer Gall
                                        Southern Environmental Law Center

1

120 Garrett Street
Suite 400
Charlottesville, Virginia 22902
Telephone: (434) 977-4090
Email: sgall@selcva.org

Delaney King
Southern Environmental Law Center
1033 Demonbreun Street
Suite 205
Nashville, Tennessee 37203
Telephone: (615) 921-9470
Email: dking@selctn.org

*Counsel for Sierra Club and Appalachian Voices*

## CERTIFICATE OF SERVICE

I certify that on May 30, 2024, I filed the foregoing document using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

DATED: May 30, 2024                              /s/ *Spencer Gall*
                                                 Spencer Gall
                                                 Southern Environmental Law Center