No. 24-1099
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

SIERRA CLUB and APPALACHIAN VOICES,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent*,

and

TENNESSEE GAS PIPELINE COMPANY, L.L.C., et al.,

*Movant-Intervenors*.
_____

**NON-BINDING STATEMENT OF ISSUES**
_____

Petitioners Sierra Club and Appalachian Voices submit the following non-binding statement of issues they intend to raise, without waiving the right to modify them or raise additional issues:

1. Respondent Federal Energy Regulatory Commission ("Commission") violated the National Environmental Policy Act ("NEPA") and Administrative Procedure Act by failing to take adequately consider the Cumberland Project's downstream environmental effects.

1

2. The Commission violated NEPA and the Administrative Procedure Act by failing to adequately consider the Cumberland Project's upstream environmental effects.

3. The Commission violated NEPA and the Administrative Procedure Act by failing to adequately consider the climate change impacts of the Cumberland Project.

4. The Commission violated NEPA and the Administrative Procedure Act by failing to consider the Cumberland Project in a single environmental impact statement covering the Cumberland Project and the proposed gas-fired power plant to which it is connected.

5. The Commission's determination that the Cumberland Project is required by the public convenience and necessity was arbitrary, capricious, unsupported by substantial evidence, and contrary to law, including NEPA, the Natural Gas Act, and the Administrative Procedure Act.

DATED: May 30, 2024

Respectfully submitted,

/s/ *Spencer Gall*
Spencer Gall
Southern Environmental Law Center
120 Garrett Street
Suite 400
Charlottesville, Virginia 22902
Telephone: (434) 977-4090
Email: sgall@selcva.org

Delaney King
Southern Environmental Law Center
1033 Demonbreun Street
Suite 205
Nashville, Tennessee 37203
Telephone: (615) 921-9470
Email: dking@selctn.org

*Counsel for Sierra Club and
Appalachian Voices*

# CERTIFICATE OF SERVICE

I certify that on May 30, 2024, I filed the foregoing document using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

DATED: May 30, 2024 /s/ *Spencer Gall*
Spencer Gall
Southern Environmental Law Center