No. 24-1099
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SIERRA CLUB and APPALACHIAN VOICES,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent*,

and

TENNESSEE GAS PIPELINE COMPANY, L.L.C., et al.,

*Movant-Intervenors*.

_____

**PETITIONERS' MOTION TO SET BRIEFING SCHEDULE**
_____

Petitioners Sierra Club and Appalachian Voices respectfully move for an order setting a briefing schedule corresponding to Federal Rule of Appellate Procedure 31(a)(1) and Circuit Rule 28(d)(3). Although this motion is not subject to the consultation requirement of Circuit Rule 27(g)(2), Petitioners understand that Respondent Federal Energy Regulatory Commission ("Commission") opposes this motion. Conversely, Petitioners oppose the Commission's Motion to Extend the Date for Filing the Certified Index to the Record. *See* Doc. No. 2057092.

1

Based on the Court's Order dated April 30, 2024, the briefing schedule under the applicable rules would be as follows:

| | |
|---|---|
| Certified Index to the Record | June 14, 2024 |
| Petitioners' Opening Brief | July 24, 2024 |
| Respondent's Brief | August 23, 2024 |
| Intervenors' Brief | August 30, 2024 |
| Petitioners' Reply Brief | September 13, 2024 |

In addition, as stated in Petitioners' concurrently filed Statement of Intent to Utilize Deferred Joint Appendix, Petitioners consent and prefer to defer filing of the joint appendix and final briefs under Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

DATED: May 30, 2024

Respectfully submitted,

/s/ *Spencer Gall*
Spencer Gall
Southern Environmental Law Center
120 Garrett Street
Suite 400
Charlottesville, Virginia 22902
Telephone: (434) 977-4090
Email: sgall@selcva.org

Delaney King
Southern Environmental Law Center
1033 Demonbreun Street

Suite 205
Nashville, Tennessee 37203
Telephone: (615) 921-9470
Email: dking@selctn.org

*Counsel for Sierra Club and
Appalachian Voices*

## CERTIFICATE OF PARTIES

In accordance with Circuit Rule 27(a)(4) and Circuit Rule 28(a)(1)(A), Petitioners submit this certificate of parties and *amici curiae*:

<u>Petitioners</u>: Petitioners are Sierra Club and Appalachian Voices.

<u>Respondent</u>: Respondent is the Federal Energy Regulatory Commission.

<u>Movant-Intervenors for Respondent</u>: Movant-Intervenors for Respondent are Tennessee Gas Pipeline Company, L.L.C.; Tennessee Valley Public Power Association, Inc.; and Tennessee Valley Authority.

<u>*Amici Curiae*</u>: There are no *amici curiae* as of the date of this filing.

## CORPORATE DISCLOSURE STATEMENTS

In accordance with Circuit Rule 27(a)(4), Federal Rule of Appellate Procedure 26.1, and Circuit Rule 26.1, Petitioners make the following corporate disclosure statements:

<u>Sierra Club</u>: Sierra Club is a non-profit conservation and advocacy organization incorporated under the laws of California. Sierra Club has no parent corporation and does not issue stock. No publicly held company has a 10% or greater ownership interest in Sierra Club.

<u>Appalachian Voices</u>: Appalachian Voices is a non-profit conservation and advocacy organization incorporated under the laws of North Carolina. Appalachian Voices has no parent corporation and does not issue stock. No publicly held company has a 10% or greater ownership interest in Appalachian Voices.

## CERTIFICATE OF COMPLIANCE

1. I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 166 words.

2. I further certify that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

DATED: May 30, 2024               /s/ *Spencer Gall*
                                                  Spencer Gall
                                                  Southern Environmental Law Center

## CERTIFICATE OF SERVICE

I certify that on May 30, 2024, I filed the foregoing document using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

DATED: May 30, 2024                /s/ *Spencer Gall*
                                   Spencer Gall
                                   Southern Environmental Law Center