# United States Court of Appeals
### For The District Of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1099** | **September Term, 2024** |
| | FERC-CP22-493-000 |
| | FERC-CP22-493-001 |
| | Filed On: February 19, 2025 [2101358] |

Sierra Club and Appalachian Voices,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Tennessee Gas Pipeline Company, L.L.C., et al.,

    Intervenors

------------------------------

Consolidated with 24-1198

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 4, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 15 Minutes (to be divided with intervenors as the parties deem appropriate) |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard, Katsas, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 21, 2025.

### Per Curiam

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                        BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)