# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1099**     **September Term, 2024**

**FERC-CP22-493-000**
**FERC-CP22-493-001**

**Filed On: March 4, 2025** [2103790]

Sierra Club and Appalachian Voices,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Tennessee Gas Pipeline Company, L.L.C., et al.,

    Intervenors

------------------------------

Consolidated with 24-1198

    **BEFORE:**    Circuit Judges Pillard, Katsas, and Walker

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 4, 2025 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Spencer Gall , counsel for Petitioners.

    John Houston Shaner (FERC), counsel for Respondent.

    David A. Super, counsel for Intervenor.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
             Jaime T. Stratton
             Deputy Clerk